IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANDA SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>Defendant. | § § § § § § § § § § § § | Civil Action Number: 3:19-cv-01536-S |

**DEFENDANT SPECIALIZED LOAN SERVICING LLC'S AMENDED EXHIBIT LIST**

In compliance with the *Scheduling Order* [Doc. 14], and pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and Local Rule 26.2, Defendant Specialized Loan Servicing LLC ("*SLS*") submits its Exhibit List.

| Ex. No. | Description of Document | Offer | Object. | Admit |
|---|---|---|---|---|
| 1 | Specialized Loan Servicing LLC's Fair Credit Reporting Act Policy | | | |
| 2 | Specialized Loan Servicing LLC Complaint Management Policy | | | |
| 3 | Letter from Specialized Loan Servicing LLC to Office of the Attorney General of Texas dated February 12, 2018 | | | |
| 4 | Letter from Specialized Loan Servicing LLC to Joyce Lindauer dated February 26, 2018 | | | |
| 5 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated January 17, 2019 | | | |
| 6 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated February 4, 2019 | | | |
| 7 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated February 6, 2019 | | | |
| 8 | Letter from Specialized Loan Servicing LLC to Joyce Lindauer dated February 15, 2019 | | | |
| 9 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated February 15, 2019 | | | |
| 10 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated February 21, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 11 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated March 4, 2019 | | | |
| 12 | Letter from Specialized Loan Servicing LLC to Amanda Spencer dated March 19, 2019 | | | |
| 13 | Universal Data Form dated October 17, 2017 | | | |
| 14 | Universal Data Form dated February 15, 2018 | | | |
| 15 | Credit Dispute Verification Form dated October 25, 2018 | | | |
| 16 | Credit Dispute Verification Form dated October 29, 2018 | | | |
| 17 | Credit Dispute Verification Form dated October 29, 2018 | | | |
| 18 | Universal Data Form dated October 29, 2018 | | | |
| 19 | Credit Dispute Verification Form dated October 30, 2018 | | | |
| 20 | Credit Dispute Verification Form dated November 19, 2018 | | | |
| 21 | Universal Data Form dated November 23, 2018 | | | |
| 22 | Credit Dispute Verification Form dated November 27, 2018 | | | |
| 23 | Credit Dispute Verification Form dated December 6, 2018 | | | |
| 24 | Credit Dispute Verification Form dated December 28, 2018 | | | |
| 25 | Credit Dispute Verification Form dated January 22, 2019 | | | |
| 26 | Credit Dispute Verification Form dated January 29, 2019 | | | |
| 27 | Universal Data Form dated February 25, 2018 | | | |
| 28 | Credit Dispute Verification Form dated February 27, 2019 | | | |
| 29 | Universal Data Form dated July 18, 2018 | | | |
| 30 | 210 Report - Specialized Loan Servicing LLC's credit reporting history for Amanda Spencer's account | | | |
| 31 | Specialized Loan Servicing LLC's payment histories for Amanda Spencer's account | | | |
| 32 | Amanda Spencer's Voluntary Petition, Schedules, and Statement of Financial Affairs, and Declarations filed in Bankruptcy Case No. 17-32467-bjh7 | | | |

SLS reserves the right to (**a**) object to use of any of the above exhibits by the plaintiff for any purpose; (**b**) modify, amend, or supplement this Witness and Exhibit List at any time prior to the hearing; (**c**) ask the Court to take judicial notice of pleadings, transcripts, or documents; and (**d**) offer rebuttal or impeachment exhibits. Designation of any exhibit does not waive any objections SLS may have to any exhibit listed on the plaintiff's exhibit list.

Respectfully submitted,

By: /s/ Jacob Sparks
    **Jacob Sparks**
    Texas Bar No. 24066126
    Email: JSparks@SpencerFane.com
    **Shelby Wilson**
    Texas Bar No. 24106581
    Email: SWilson@SpencerFane.com

**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel:   (214) 750-3610
Fax:   (214) 750-3612

**ATTORNEYS FOR SPECIALIZED LOAN SERVICING LLC**

## CERTIFICATE OF SERVICE

I certify that on January 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sharon K. Campbell
Law Office of Sharon K. Campbell
3500 Oak Lawn Ave, Suite 205
Dallas, Texas 75219
Tel: 214-351-3260
Fax: 214-443-6055
Email: sharon@sharonkcampbell.com

                   By: /s/ Jacob Sparks
                         Jacob Sparks